| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>S Slauson                       11-6-06 |
| 1. Article Addressed to:<br><br>ACADEMY COLLECTION SERVICE, INC.<br>% THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR., STE 204<br>MONTGOMERY, ALABAMA 36109<br><br>06CV943 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0002 6866 6521 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |