IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KRISTY THOMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-943 |
| ) | |
| ACADEMY COLLECTION SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is co-counsel for Plaintiff, Kristy Thompson, and respectfully requests that his name be added to the mailing matrix and that all notices, electronic and otherwise, given or required to be given in this case be served upon the undersigned at the address below.

        BROCK & STOUT

        /s/ Gary W. Stout
        Gary W. Stout, Esq.
        David Poston, Esq.
        Attorneys for Plaintiff
        Brock & Stout, L.L.C.
        P. O. Box 311167
        Enterprise, AL 36331-1167
        (334) 393-4357
        (334) 393-0026 facsimile

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was served upon the following:

William A. Scott, Jr., SCOTT, SULLIVAN, STREETMAN & FOX, P.C., 2450 Valleydale Road, Birmingham, AL 35244,

by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid this the 6th day of December, 2006.

/s/ Gary W. Stout
Gary W. Stout, Esq.