IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: )<br>)<br>KRISTY THOMPSON, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>ACADEMY COLLECTION SERVICES, INC., )<br>)<br>DEFENDANT. ) | CASE NUMBER:<br><br>2:06-CV-00943 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Kristy Thompson, and the Defendant, Academy Collection Services, Inc., by and through their undersigned attorneys of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above-styled case be dismissed, with prejudice, such dismissal to operate as a dismissal with prejudice of all the claims asserted in this case and any other known claims, raised, or which could have been raised in this case by the Plaintiff or the Defendant, or otherwise, with regard to the subject matter herein, with each party to bear their own costs.

Dated this _____ day of _____, 2007.

David G. Poston, Esq.
Attorney for Plaintiff
BROCK & STOUT
807 E. Lee Street
Post Office Drawer 311167
Enterprise, Alabama 36331
(334)671-5555

William A. Scott, Jr.
Attorney for Defendant
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Post Office Box 380548
Birmingham, Alabama 35238
(205) 967-9675