IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KRISTY THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-943-WKW |
| | ) | |
| ACADEMY COLLECTION SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The parties filed a joint Stipulation for Dismissal With Prejudice (Doc. # 11). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 24th day of May, 2007.

                                                 /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE